IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

PABLO ALEXIS GONZALEZ
GOVEA,

          *Petitioner*,

v.

T. DON HUTTO DETENTION
CENTER, et al.,

          *Respondents*.

§
§
§
§
§
§
§
§
§
§
§
§

No. 1:26-CV-02041-DAE

## ORDER

Before the Court is the status of the above-captioned case. On July 23, 2026, this Court issued an Order to Show Cause to Respondents. (Dkt. # 3.) The Court hereby **VACATES** that order in all respects. (Id.)

**IT IS SO ORDERED**.

**DATED**: Austin, Texas, July 24, 2026.

_____
David Alan Ezra
Senior United States District Judge

1